GEORGE D. YARON (SBN#: 96246)
gyaron@yaronlaw.com
D. DAVID STEELE (SBN#: 171636)
dsteele@yaronlaw.com
YARON & ASSOCIATES
1300 Clay Street, Suite 800
Oakland, CA 94612
Tel:   (415) 658-2929
Fax:   (415) 658-2930

Attorneys for Defendant
VIGOR INDUSTRIAL, LLC, individually and as successor-in-interest to
TODD SHIPYARDS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES ANTHONY SPECK, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DEEDENT JOHN C. SPECK, JULIE CRYSTAL ANDERSON AND TAMMY LOUISE MCAHREN,<br><br>Plaintiff,<br><br>v.<br><br>3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al.,<br><br>Defendants. | Case No.:   3:20-cv-05845-JD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AS TO DEFENDANT VIGOR INDUSTRIAL, LLC, individually, and as successor-interest to TODD; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant VIGOR INDUSTRIAL, LLC, individually and as successor-in-interest to TODD SHIPYARDS CORPORATION ("TODD"), that all claims as to TODD, shall be and hereby are, dismissed with prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: January 24, 2022                              YARON & ASSOCIATES

By:   /s/ D. David Steele
      GEORGE D. YARON
      D. DAVID STEELE
      Attorneys for Defendant VIGOR INDUSTRIAL,
      LLC, individually, and as successor-in-interest to
      TODD SHIPYARDS CORPORATION

DATED: January 24, 2022                              JONES & BENDON, LLP

By:   /s/ H.W. Trey Jones
      H.W. TREY JONES
      SARAH N. BENDON
      Attorneys for Plaintiffs CHARLES ANTHONY
      SPECK, INDIVIDUALLY AND AS
      SUCCESSOR IN INTEREST TO DEEDENT
      JOHN C. SPECK, JULIE CRYSTAL
      ANDERSON AND TAMMY LOUISE
      MCAHREN

## ORDER THEREON

IT IS HEREBY ORDERED that, pursuant to stipulation, all claims as to Defendant VIGOR INDUSTRIAL, LLC, individually and as successor-in-interest to TODD SHIPYARDS CORPORATION ("TODD"), are dismissed with prejudice, with a mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATE: January 28, 2022                              _____
                                                    The Honorable James Donato
                                                    United States District Court